40669.   JOHNSON v. BLAKELY et al.

PANNELL, Judge.   In view of the decision of the Supreme Court in *Blakely v. Johnson,* 220 Ga. 572 (140 SE2d 857), reversing this court in its action in reversing the trial court for sustaining general demurrers to the petition in *Johnson v. Blakely,* 110 Ga. App. 355 (138 SE2d 614), the judgment of this court is hereby vacated and the judgment of the trial court in sustaining the general demurrers to the petition is affirmed.

*Judgment affirmed.   Frankum and Russell, JJ., concur.*

DECIDED MARCH 8, 1965.

*James E. Hardy,* for plaintiff in error.

*Powell, Goldstein, Frazer & Murphy, Frank Love, Jr., Gregg Loomis, Poole, Pearce & Cooper, Edwin Pearce, Martin H. Rubin, Gambrell, Harlan, Russell, Moye & Richardson, Charles A. Moye, Jr., Sidney F. Wheeler,* contra.